IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JOHN DOE subscriber assigned IP address
98.223.145.216,

        Defendant.

Civil Action No. 1:15-cv-05167
Judge James B. Zagel

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP address 98.223.145.216. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  September__22_, 2015

        Respectfully submitted,

        By: ___/s/ *Mary K. Schulz*___
        Mary K. Schulz
        Media Litigation Firm, P.C.
        1144 E. State Street, Suite A260
        Geneva, IL 60134
        Phone: 224-535-9510
        Email:  medialitigationfirm@gmail.com
        *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

     I hereby certify that on September_22__, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                        By: /s/ *Mary K. Schulz*
                                                        Mary K. Schulz